**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CECILIA HERNANDEZ, on behalf of herself, and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>SONIC CAPITAL, LLC<br><br>        Defendant. | Case No. 5:20-CV-00348-FMO-SHK<br><br>CLASS ACTION<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**<br><br>Complaint Filed: February 20, 2020 |

---

*Hernandez v. Sonic Capital LLC,* No. 20-CV-00348
Stipulation for Dismissal

Plaintiff Cecilia Hernandez ("Plaintiff") and Defendant Sonic Capital LLC. ("Defendant") (collectively, the "Parties"), through their respective counsel, hereby STIPULATE, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, that Plaintiff's complaint shall be dismissed in its entirety and with prejudice with respect to the claims by Plaintiff individually against Defendant, with each party to bear its own costs and fees.

IT IS SO STIPULATED.

Dated: March 30, 2021

*s/ Ronald A. Marron*
By: Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ALEXIS M. WOOD
KAS L. GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiff*
*and the Proposed Class*

Dated: March 30, 2021

*s/ Lori Chang*
Ian C. Ballon (SBN CA 141819)
Lori Chang (SBN CA 228142)
ballon@gtlaw.com
changl@gtlaw.com
GREENBERG TAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-212
Telephone: 310.586.7700
Facsimile: 310.586.7800
*Attorneys for Defendant*
**SOINIC CAPITAL, LLC**

1

## CERTIFICATION OF APPROVAL OF CONTENT

I, Ronald A. Marron, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of this document, and that I have obtained authorization from the above counsel for Defendant, for her electronic signature.

Dated: March 30, 2021       **LAW OFFICES OF RONALD A. MARRON**

By: */s/ Ronald A. Marron*

RONALD A. MARRON

*Attorneys for Plaintiff*