# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CECILIA HERNANDEZ, on behalf of herself, and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SONIC CAPITAL, LLC<br><br>　　　　　　Defendant. | Case No. 5:20-CV-00348-FMO-SHK<br><br>CLASS ACTION<br><br>**ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

　　Plaintiff Cecilia Hernandez ("Plaintiff") and Defendant Sonic Capital, LLC. ("Defendant'), by and through their counsel, having filed their Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A), AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

　　　IT IS, THEREFORE, ORDERED that all individual claims of Plaintiff against Defendant are dismissed with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Dated: April 5, 2021　　　　　　　　/s/  
　　　　　　　　　　　　　　The Honorable Fernando M. Olguin  
　　　　　　　　　　　　　　United States District Judge

---

*HERNANDEZ V. SONIC CAPITAL LLC,* NO. 20-CV-00348  
ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)